AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Robert Marshall | )<br>)<br>)<br>)<br>Case No: 2:12cr87-RAH-09<br>)<br>USM No: 14029-002<br>) |
| Date of Original Judgment: 06/04/2013<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>James Robert Cooper, Jr.<br>)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

To the extent the defendant seeks relief under Amendment 821, the panel maintains its previous recommendation that the defendant is ineligible for relief. (See Doc. 1049.) However, the panel notes that the defendant's motion appears to be based on Amendment 833, which is not retroactive and is not identified as a covered amendment at USSG §1B1.10(d) as required by 18 U.S.C. § 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 04/27/2026 | /s/ R. Austin Huffaker, Jr.<br>*Judge's signature* |
| Effective Date: _____<br>*(if different from order date)* | R. Austin Huffaker, Jr., Chief U.S. District Judge<br>*Printed name and title* |